| | | | |
|---|---|---|---|
| | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: | Jason A. Messenger | Telephone: (313) 969-3370 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Levi GUTIERREZ-QUIROZ

Case No.  
Case: 2:25−mj−30522  
Assigned To : Unassigned  
Assign. Date : 8/15/2025  
Description: CMP USA V. GUTTIERREZ−QUIROZ (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 12, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

*Jason Messenger, Border Patrol Agent*
U.S. Department of Homeland Security

☑ Continued on the attached sheet.

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __August 15, 2025__

City and state: __Detroit, MI__

*Judge's signature*

R. Steven Whalen, U.S. Magistrate
*Printed name and title*
Judge

# AFFIDAVIT

I, Jason Messenger, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed the immigration file and system automated data relating to Levi GUTIERREZ-QUIROZ, a native and citizen of Mexico.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant for GUTIERREZ-QUIROZ, for a violation of 8 U.S.C. §1326, Unlawful Re-Entry Following Removal. I have not included every fact known to law enforcement related to this investigation.

3. On or about January 18, 2023, GUTIERREZ-QUIROZ was encountered by United States Border Patrol agents in or near Laredo, Texas. GUTIERREZ-QUIROZ was processed as an Expedited Removal (I-860) under the name of Levi GUTIERREZ-QUIROZ and issued A# XXX XXX 452. GUTIERREZ-QUIROZ was removed to Mexico on January 19, 2023 through Laredo, Texas.

4. On August 12, 2025, Border Patrol Agents assigned to the Detroit Sector, Targeting Unit conducted a targeted enforcement action. Agents identified a subject Levi GUTIERREZ-QUIROZ, as an alien who has been previously removed from the United States with ties to the Detroit, Michigan area. Through investigative efforts, agents identified a Chevrolet Cruz bearing Michigan license plate XXXXX68 registered to GUTIERREZ-QUIROZ. Agents observed the vehicle occupied by one male exiting Westland Meadows onto Merriman Rd. Agents conducted a traffic stop near the

1

    intersection of Ford Rd. and Moeller St in the parking lot of Gordon Chevrolet.

5. Agents approached the vehicle, identified themselves as Border Patrol Agents, and performed an immigration inspection on the occupant. GUTIERREZ-QUIROZ was interviewed in the Spanish language by a Border Patrol Agent. GUTIERREZ-QUIROZ readily admitted his name, and to being a citizen of Mexico. Agents inquired whether GUTIERREZ-QUIROZ possessed documents allowing him to be or remain in the United States legally. GUTIERREZ-QUIROZ said that he did not have any documents permitting him to be or remain in the United States Legally.

6. Upon determining GUTIERREZ-QUIROZ had illegally re-entered the United States, agents placed GUTIERREZ-QUIROZ under arrest and transported him to the Gibraltar Border Patrol Station for processing.

7. While at the Gibraltar Border Patrol Station, GUTIERREZ-QUIROZ's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Next Generation Identification (NGI). The results revealed that GUTIERREZ-QUIROZ is a citizen of Mexico, with no record of obtaining permission to re-enter the United States following his last removal on January 19, 2023.

8. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

9. Review of the Alien File (A# XXX XXX 452) for GUTIERREZ-QUIROZ, and queries in U.S. Department of Homeland Security databases confirm no record exists of GUTIERREZ-QUIROZ obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States after his removal from the United States on January 19, 2023.

10. Based on the above information, I believe there is probable cause to conclude that Levi GUTIERREZ-QUIROZ is a native and citizen of Mexico, who was previously removed from the United States and was thereafter found in the United States, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

_____
Jason Messenger, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable R. Steven Whalen          August 15, 2025
United States Magistrate Judge

3